UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Lynne Brundage, Michael Brundage,

                      Plaintiffs,

-against-

Pension Associates Retirement Planning LLC,

                      Defendant.
-----------------------------------------------------------------X

7:18-CV-2473 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **October 27, 2023**, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
                September 27, 2023

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge